RECEIVED

GDF JUN 26 2018

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

Northern DIVISION

Herbert Claude Eley

v.

Perquimans County USDA
Michelle Winslow - FSA Loan Agent
Mary Norman FSA Loan Agent
Bob Etheridge President NC USDA
Raleigh
Mike Huskey USDA Loan Manager Raleigh

NO. 2:18-CV-29-BO

COMPLAINT

Plaintiff resides at:

1402 S. Hwy 13
Ahoskie NC 27910

Defendant(s)' name(s) and address(es), if known:

FSA Loan Agent — MS. Mary Norman
512 S. Church Street
Hertford NC 27944

Bob Etheridge
USDA - President
Raleigh NC
(Home) Lillington NC)

FSA Loan Agent — Michelle Winslow
512 S. Church St.
Hertford NC 27944

Mike Huskey (USDA Farm Agency) Loan Manager
4407 Bland Rd
Raleigh NC 27609

Jurisdiction in this court is based on:

Location Perquimans, Chowan) Hertford Counties

The acts complained of in this suit concern:

a pattern of discrimination Spanning over 25 years to include Racial, age, Sex discrimination, slander, libel, Conspiracy to deny form ownership loans, direct loans, guaranteed loans - The USDA has a history of denying Black and minorities loans and has had to class action law Suits successfully Derived against them the agency or a National lone. Their discriminatory lending practices continue to persist -

Slander/libel. defendant passed on unsubstantiated information to USDA NC president that I had "alleged" assaulted a US postal worker with No written fact or police report causing me to be banned from Perquimans county USDA office for future business.

the prolonged excessive application for the loan caused me to lose one half of my security deposit of $3000.00 to the realtor and Seller. (4 months)

The forty acres and a mule are demanded for denying
denial system it was pledged by the U.S. Government
and never received by the freed slave.

(If you need more space, or wish to include any further information for consideration, please attach additional sheets.)

I seek the following relief:

$ 1,000,001,500.00
(One Billion and fifteen hundred Dollars) removal of
Not trespassing Citation, 40 Acres and a Mule, and
a $122,000 farm loan

6-20-18
DATE

Herbert C. Ely
SIGNATURE OF PLAINTIFF

1402 S. Hwy 13
Ahoskie NC 27910

252-209-4797
ADDRESS AND PHONE NUMBER OF PLAINTIFF

3