UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| HERBERT CLAUDE ELEY, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PERQUIMANS COUNTY USDA, BOB )<br>ETHRIDGE, USDA President, MICHELLE )<br>WINSLOW, FAS Loan Agent, MARY )<br>NORMAN, FSA Loan Agent, MIKE )<br>HUSKEY, USA Farm Agency Mananger - )<br>Loan Manager, )<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO.   2:18-CV-29-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's application to proceed in forma pauperis [D.E. 1] is GRANTED, and plaintiff's complaint [D.E. 1-1] is DISMISSED without prejudice.

**This Judgment Filed and Entered on August 8, 2018, and Copies To:**

Herbert Claude Eley                                              (Sent to 1402 S. Hwy 13 Ahoskie, NC
                                                                             27910 via US Mail)

DATE:                                                                  PETER A. MOORE, JR., CLERK

August 8, 2018                                                        (By)  /s/ Nicole Sellers

                                                                             Deputy Clerk